

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00270-CV

## IN THE INTEREST OF V.E.C.,
## A CHILD

**From the 361st District Court
Brazos County, Texas
Trial Court No. 20-000442-CVD-361A**

## MEMORANDUM  OPINION

Appellant filed a notice of appeal on August 17, 2022, stating that he is appealing from the trial court's Order in Suit Affecting the Parent-Child Relationship that was signed on September 3, 2021.  The notice of appeal is untimely pursuant to Rule 26 of the Rules of Appellate Procedure.  *See* TEX. R. APP. P. 26.1 and 26.3.

By letter dated August 18, 2022, the Clerk of the Court notified Appellant that this appeal would be dismissed unless he filed a response within twenty-one (21) days showing grounds for continuing the appeal.  Appellant has not responded.

Because our jurisdiction depends on a timely notice of appeal and because Appellant's notice of appeal is untimely, we dismiss this appeal for want of jurisdiction. *See id*. R. 42.3(a); *Howell v. Tarrant Cty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth

2009, pet. denied) ("A timely-filed notice of appeal confers jurisdiction on this court, and absent a timely filed notice of appeal, we must dismiss the appeal.").

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Wright[1]
Appeal dismissed
Opinion delivered and filed September 28, 2022
[CV06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.